FBT Gibbons

**Genna A. Conti**
Partner
+1 973.596.4563 (t)
gconti@fbtgibbons.com

September 14, 2026

**VIA ELECTRONIC FILING**
Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:** ***Forest Hills Medical Services v. Cigna Health and Life Insurance Company,*** **Case Number: 1:26-cv-06307-RA**

Dear Judge Abrams:

This firm represents Defendant Cigna Health and Life Insurance Company ("Cigna") in the above-referenced matter. We write on behalf of Cigna, and with the consent of counsel for Forest Hills Medical Services ("Plaintiff"), to advise the Court that the parties have been engaged in good faith settlement discussions and are in the process of resolving this matter.

The parties anticipate that the resolution will be finalized in the near term, and accordingly, the parties respectfully request that the Court stay this action pending confirmation of the resolution, including staying the following deadlines:

a. Cigna's deadline to answer, move, or otherwise respond to Plaintiff's Complaint, currently due September 14, 2026;

b. The Initial Conference, currently scheduled for September 18, 2026 at 3:30 PM.

Cigna respectfully submits that a stay of the above-referenced deadlines pending the resolution of this matter will conserve both judicial resources and the resources of counsel. Cigna's counsel conferred with Plaintiff's counsel regarding this request, and Plaintiff, through counsel, consents to the requested stay.

Should Your Honor have any questions or concerns please do not hesitate to contact me. Thank you for your attention to this matter.

Respectfully submitted,

/s/ Genna A. Conti
Genna A. Conti

*Attorneys for Defendant Cigna Health and Life Insurance Company*

Defendant's deadline to answer, move, or otherwise respond to Plaintiff's Complaint is extended to October 26, 2026. The initial pretrial conference scheduled for September 18, 2026 at 3:30 p.m. is adjourned to October 30, 2026 at 11:30 a.m. If the parties seek further extensions pending settlement discussions they may so move.

SO ORDERED.

Hon. Ronnie Abrams
September 14, 2026